173 A.3d 187

IN THE MATTER OF DAVID E. TIDER, AN ATTORNEY
AT LAW (ATTORNEY NO. 001841990)

D–159 September Term 2016
079462

November 17, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–329, concluding that **DAVID E. TIDER** of **TEANECK**, who was admitted to the bar of this State in 1990, should be censured for violating RPC 1.6(a)(revealing information relating to the representation without the client's consent), RPC 1.8(a)(prohibited business transaction with a client), RPC 1.8(b)(using information relating to the representation to the disadvantage of the client), RPC 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation), and RPC 8.4(d)(conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **DAVID E. TIDER** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in Rule 1:20–17.